IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERITAGE FOUNDATION**,<br><br>**MIKE HOWELL**,<br><br>   *Plaintiffs,*<br><br> v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>   *Defendant.* | Case No. 1:24-cv-00952-ACR |

**JOINT STATUS REPORT**

In accordance with this Court's Order on May 10, 2024, Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant" or "DOJ") have conferred regarding the status and schedule for this Freedom of Information Act ("FOIA") case. The parties hereby submit this Joint Status Report.

 **I. Background**

This case concerns a FOIA request in which Plaintiffs have sought material relating to Special Counsel Robert Hur's Report on the Investigation Into Unauthorized Removal, Retention, and Disclosure of Classified Documents Discovered at Locations Including the Penn Biden Center and the Delaware Private Residence of President Joseph. R. Biden, Jr. (Feb. 2024) ("Report"). Plaintiffs seek all transcripts of the interview of Mark Zwonitzer referenced in the Report.

 **II. Proposed Schedule**

Defendant has identified two responsive interview transcripts. The parties have conferred regarding a processing schedule, and jointly propose that Defendant complete processing and issue

a response to Plaintiffs by June 12. The parties propose that they file a Joint Status Report by June 14, which would provide an update regarding the response and whether a briefing schedule is anticipated.

In addition, the parties do not believe a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

Dated: May 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Cameron Silverberg*
CAMERON SILVERBERG
Trial Attorney (D.C. Bar No. 1780628)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:   (202) 353-9265
Fax:   (202) 616-8470
Email: Cameron.D.Silverberg@usdoj.gov

*Counsel for Defendant*

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975

Email:  Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone:  (202) 608-6060
Email:  Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

MAX TAYLOR MATHEU
(No. 90019809)
Telephone:  (727) 249-5254
Email:  maxmatheu@outlook.com

*Counsel for Plaintiffs*