IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERITAGE FOUNDATION**,<br><br>**MIKE HOWELL**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>*Defendant.* | Case No. 1:24-cv-00952-ACR |

## JOINT STATUS REPORT

In accordance with the Joint Status Report submitted by the parties on May 24, 2024, Defendant U.S. Department of Justice ("the Department") and Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") submit this Joint Status Report.

### I.     Background

This case concerns a FOIA request in which Plaintiffs seek all transcripts of the interview by the Office of Special Counsel Robert Hur of Mark Zwonitzer referenced in the Special Counsel's Report.

The Department produced redacted copies of those transcripts to Plaintiffs on June 12, 2024.

### II.    Briefing Schedule

The parties have conferred and, having narrowed the issues in dispute, jointly propose the below schedule, consistent with the Court's Standing Order:

- Defendant files its request for a pre-motion conference by June 21, 2024;

- Plaintiffs file their response by June 28, 2024.

The parties intend to confer further regarding a date for a pre-motion conference, and intend to request that the Court schedule that conference at the same date and time as that for *Heritage Foundation v. Dep't of Just.*, No. 24-cv-00958-ACR.

Counsel for defendants is not available for a pre-motion conference before the week starting Monday, July 15, 2024.

Dated:  June 14, 2024                                                               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar No. 5942842)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11105
Washington, D.C. 20005
Telephone: (202) 305-0872
Robert.W.Meyer@usdoj.gov
*Counsel for Defendant*

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER

2

(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

MAX TAYLOR MATHEU
(No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*