IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERITAGE FOUNDATION**,<br><br>**MIKE HOWELL**,<br><br>       *Plaintiffs,*<br><br>    v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>       *Defendant.* | Case No. 1:24-cv-00952-ACR |

## JOINT STATUS REPORT

Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant" or "DOJ") hereby submit this Joint Status Report.

Despite extensive negotiations, the parties were ultimately not able to reach agreement.

Dated: November 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar 5942842)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0872
Robert.W.Meyer@usdoj.gov
*Counsel for Defendant*

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email: samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone: (202) 617-6975
Email: Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email: Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone: (606) 275-0978
Email: neal@cornettlegal.com

MAX TAYLOR MATHEU
(No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*