IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERITAGE FOUNDATION**, <br><br> **MIKE HOWELL**, <br><br> *Plaintiffs,* <br><br> v. <br><br> **U.S. DEPARTMENT OF JUSTICE**, <br><br> *Defendant*. | Case No. 1:24-cv-00952-ACR |

**JOINT STATUS REPORT**

Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Department of Justice ("Defendant" or "DOJ") hereby submit this Joint Status Report. The parties have reached an impasse in their negotiations.

Plaintiffs' Position:

Plaintiffs respectfully request that this Court exercise its inherent authority to stay proceedings in this matter pending review by the new Administration. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. North Am. Co.*, 299 U.S. 24, 254–55 (1936). Thus, "[t]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Courts in this District have entered such stays to allow a new Administration to reconsider a prior Administration's position. *See, e.g.*,

*Whiteman-Walker Clinic, Inc. v. HHS*, No. 20-cv-1630 (JEB), 2021 WL 2033072, at *1–*2 (D.D.C. Sept. 03, 2021); *North Coast Rivers Alliance v. U.S. Dep't of the Interior*, No. 16-cv-307 (DAD) (SKO), 2021 WL 1721698, at *2–*3 (Apr. 29, 2021).  Should this Court deny a stay of proceedings, the parties stand on their papers.

Defendant's Position:

Defendant opposes a stay in this case.  The case is fully briefed and ripe for decision.  If plaintiffs do not wish to proceed to a final decision, they are free to simply dismiss this action.  The matter has been fully briefed since September 15.  Both *Whitman-Walker* and *North Coast Rivers Alliance* were at the motion to dismiss stage, and neither was ripe for final disposition on the merits.  If Plaintiff remains unwilling to resolve the matter, the Court should deny a stay and instead dispose of this case on the merits.

Dated:  December 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Elizabeth J. Shapiro
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
ROBERT W. MEYER (NY Bar 5942842)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-5302
Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendant*

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY
(No. 999979)

Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone:  (202) 608-6060
Email:  Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

MAX TAYLOR MATHEU
(No. 90019809)
Telephone:  (727) 249-5254
Email:  maxmatheu@outlook.com

*Counsel for Plaintiffs*