**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HERITAGE FOUNDATION**,<br><br>**MIKE HOWELL**,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>**U.S. DEPARTMENT OF JUSTICE**,<br><br>    *Defendant.* | Case No. 1:24-cv-00952-ACR |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of April 2, 2025, Plaintiffs Heritage Foundation and Mike Howell ("Plaintiffs") and Defendant U.S. Department of Justice ("the Department") hereby submit this Joint Status Report.

The Department is reviewing the transcripts of the interviews with Mark Zwonitzer referenced in Special Counsel Robert Hur's Report and anticipates making additional disclosures on a discretionary basis. The parties propose that they file a Joint Status Report by June 20, 2025, updating the Court about the status of any additional disclosures and whether additional proceedings are necessary.

Dated: May 20, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Robert W. Meyer*
ROBERT W. MEYER (NY Bar 5942842)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 305-0872
Robert.W.Meyer@usdoj.gov
*Counsel for Defendant*

/s/ Samuel Dewey
SAMUEL EVERETT DEWEY
(No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:  (703) 261-4194
Email:  samueledewey@sedchambers.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email:  Kyle.Brosnan@heritage.org

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

MAX TAYLOR MATHEU
(No. 90019809)
Telephone:  (727) 249-5254
Email:  maxmatheu@outlook.com

*Counsel for Plaintiffs*

2